# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| DEBBIE MALONEY, AMY VEGA, and SALLY CZARNECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND FUNDING, LLC,<br><br>Defendants. | Case No.: 17-cv-1335<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. David E. Jones |

Plaintiffs Debbie Maloney, Amy Vega, and Sally Czarnecki, by counsel, Ademi & O'Reilly, LLP, and Defendants Midland Credit Management, Inc., and Midland Funding, LLC, by counsel, Hinshaw & Culbertson, LLP, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendants Midland Credit Management, Inc., and Midland Funding, LLC, are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 1st day of May 2018.

| ADEMI & O'REILLY, LLP | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ Mark A. Eldridge | /s/ Todd P. Stelter |
| Mark A. Eldridge (SBN 1089944) | Todd P. Stelter |
| 3620 East Layton Avenue | 222 North LaSalle Street |
| Cudahy, WI 53110 | Suite 300 |
| Tel: (414) 482-8000 | Chicago, Illinois 60601-1081 |
| Fax: (414) 482-8001 | Phone No. 312-704-3000 |
| E-mail: meldridge@ademilaw.com | Fax No. 312-704-3001 |
| *Attorneys for Plaintiff* | E-mail: tstelter@hinshawlaw.com |
| | *Attorneys for Defendant* |